# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL REED DORROUGH,

   Plaintiff,

  v.

F. GONZALEZ, et al.,

   Defendants.

          /

CASE NO. 1:08-cv-00634-AWI-DLB PC

ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS

(Doc. 19)

  Plaintiff Michael Reed Dorrough ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Plaintiff filed this action on May 7, 2008. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants F. Gonzalez, M. Carrasco and V. McLaughlin for retaliation, in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

  1. Service is appropriate for the following defendants:

     F. GONZALEZ

     M. CARRASCO

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's due process and state law claims be dismissed for failure to state a claim.

1

V. MCLAUGHLIN

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed April 22, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed complaint filed April 22, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **October 2, 2009**                    /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE